IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

REINA VELA, et al.,

      Plaintiffs,

v.   NO. 1:20-CV-547 JB/KRS

SWIFT TRANSPORTATION CO.
OF ARIZONA, LLC, et al.,

      Defendants.

## ORDER EXTENDING PRETRIAL DEADLINES

THIS MATTER is before the Court on the parties' request at the March 10, 2021 status conference to extend their pretrial deadlines.

IT IS THEREFORE ORDERED that the case management deadlines in this case are extended as follows:

(a) Plaintiffs' expert disclosure deadline:   **May 14, 2021**;

(b) Defendants' expert disclosure deadline:   **June 11, 2021**;

(c) Termination of discovery:   **July 16, 2021**;

(d) Dispositive motions deadline:   **July 23, 2021**;

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE